*Erwin, duBignon, Chisholm & Clay,* for plaintiff in error.

*Toomer & Reynolds* and *Robert M. Hitch,* contra.

---

LYNCH, for use, *v.* ATLANTA PRODUCE COMPANY.

LITTLE, J. A summons issued from a justice's court was headed L. *v.* C., A. & G., composing the A. P. Co. (there being in fact a corporation having this name); the summons directed the "defendant" to appear and answer the plaintiff's action upon an account, a copy of which was attached to

the summons, and this account was made out against the A.;P. Co.   Service was made upon the president of the corporation; it appeared and defended the action, and entered an appeal to the superior court from the verdict and judgment rendered against it.   In the latter court it did not raise the question that it had never been sued or served.   *Held*, that though the court refused to allow the plaintiff, on his motion, to amend the summons so as to show unequivocally that the corporation was in fact sued, it was nevertheless error to direct a verdict for the defendant on the ground that it had not been sued.

*Judgment reversed.   All the Justices concurring.*

Argued December 8, 1897. — Decided March 5, 1898.

Appeal.   Before Judge Lumpkin.   Fulton superior court. March term, 1897.

*Kontz & Conyers*, for plaintiff.

*Judgment reversed.   All the Justices concurring.*